TO: cc: dae

"U.S. FEDERAL DISTRICT COURT
"JUDGE EZRA"

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 29 2008

at 1 o'clock and 05 min. P M
SUE BEITIA, CLERK

U.S. VERSE DWAYNE AHAKUELO
CR# 02-00272 DAE

MY NAME IS DWAYNE AHAKUELO, AND I'M AT THE 1/2 WAY HOUSE IN HAWAII AT "MAHONEY HALE"
909 KAAMAHU PL.
HON. HI 95817
PH# 748-4301 ex. 301

I WAS CONVICTED OF "CRACK COCIANE" AND "I HERD ABOUT THE NEW LAW REDUCING OR LOWING GUIDE LINES AND I WOULD LIKE TO BE RE-SENTENCE"

I AM ALSO REQUESTING THAT A LAWYER BE APPOINTED TO REPRESENT ME.

THANK YOU VERY MUCH

Dwayne Ahakuelo