DWAYNE AHAKUELO
89542-022
MAHONEY HALE
909 KAAMAHU PL.
Hon. Hi. 95817

**RECEIVED**
CLERK U.S. DISTRICT COURT
FEB 29 2008
11:45 pm 8
DISTRICT OF HAWAII

U.S. FEDERAL DISTRICT COURT
300 ALA MOANA BLVD.
Hon. Hi. 96850-5269

