IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00272-03 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DWAYNE AHAKUELO, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

ORDER APPOINTING THE FEDERAL PUBLIC
DEFENDER'S OFFICE AS COUNSEL FOR DEFENDANT

On February 29, 2008, Defendant, pro se, filed a Motion to Reduce

Sentence Pursuant to 18 U.S.C. § 3582(c)(2). This Court granted that motion on

March 25, 2008, and stated that if Defendant served 33 months, he was eligible for

immediate release. It has come to this Court's attention that Defendant is still

being held by the Bureau of Prisons and that he has contacted the Federal Public

Defender's office asking that they represent him. This Court finds that Defendant

would be served by having counsel appointed for him regarding this issue. This

Court hereby appoints the Federal Public Defenders Office as counsel, assuming

they have no conflict of interest or that if there is a conflict that such conflict can

be waived. In the event there is a conflict, which cannot be waived, the Court

directs the Federal Public Defenders Office to so advise the Court, in which case

the matter will be referred to a CJA counsel.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 16, 2008.



_____
David Alan Ezra
United States District Judge

United States of America vs. Dwayne Ahakuelo, Cr. No. 02-00272-03 DAE; ORDER
APPOINTING THE FEDERAL PUBLIC DEFENDER'S OFFICE AS COUNSEL FOR
DEFENDANT

2